# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2708

_____

Matrix Communications Corporation,     \*
     \*

          Appellant,     \*     Appeal from the United States
     \*     District Court for the Western
     v.     \*     District of Missouri.
     \*

Telecom Management, Inc.,     \*     [UNPUBLISHED]
a Michigan Corporation,     \*
     \*

          Appellee.     \*

_____

Submitted: March 26, 2001

Filed: April 3, 2001

_____

Before RICHARD S. ARNOLD, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Matrix Communications Corporation had an arbitrable contract dispute with Telecom Management, Inc. Before the arbitration hearing, Matrix asked the American Arbitration Association (AAA) to remove the arbitration panel. After the AAA refused, Matrix sought the panel's removal in state court. The state circuit court removed the panel, but the state court of appeals concluded the removal order was premature and returned the parties to arbitration. The arbitration panel rendered an award in Telecom's favor. Matrix then sought to set aside the award in federal district court

alleging evident partiality by the arbitrators, <u>see</u> 9 U.S.C. § 10(a)(2), and Telecom sought to confirm the award. The district court granted Telecom's application to confirm the award. On appeal, Matrix challenges the district court's conclusion that the arbitration panel was impartial. Having carefully reviewed the record, we affirm on the basis of the district court's ruling.[*] <u>See</u> 8th Cir. R. 47B.

     A true copy.

      Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.